UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re SSA Bonds Antitrust Litigation* | Case No. 16-cv-03711 (ER) |
| SHEET METAL WORKERS PENSION PLAN OF NORTHERN CALIFORNIA, and IRON WORKERS PENSION PLAN OF WESTERN PENNSYLVANIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against –<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; CRÉDIT AGRICOLE S.A.; CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK; CREDIT SUISSE AG; CREDIT SUISSE GROUP AG; CREDIT SUISSE INTERNATIONAL; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; NOMURA HOLDINGS, INC.; NOMURA INTERNATIONAL PLC, NOMURA SECURITIES INTERNATIONAL, INC., HIREN GUDKA; AMANDEEP SINGH MANKU; SHAILEN PAU; and BHARDEEP SINGH HEER,<br><br>Defendants. | Case No. 16-cv-04603 (ER) |
| INTER-LOCAL PENSION FUND GRAPHIC COMMUNICATIONS CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, on Behalf Of Itself and all Others Similarly Situated.<br><br>Plaintiff, | Case No. 16-cv-05011 (ER) |

-against-

BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; BANK OF AMERICA MERRILL LYNCH INTERNATIONAL LIMITED; CREDIT AGRICOLE S.A.; CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK; CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE INTERNATIONAL; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; NOMURA INTERNATIONAL PLC; NOMURA HOLDINGS, INC.; NOMURA SECURITIES INTERNATIONAL, INC.; HIREN GUDKA; BHARDEEP SINGH HEER; AMANDEEP SINGH MANKU; and SHAILEN PAU,

Defendants.

---

CITY OF BRISTOL PENSION FUND, on behalf of itself, and, in a representative capacity, on behalf of all those similarly situated,
Plaintiff,

-against-

BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; CREDIT AGRICOLE S.A.; CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK; CREDIT AGRICOLE SECURITIES (USA) INC.; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE GROUP AG; CREDIT SUISSE INTERNATIONAL; DEUTSCHE BANK SECURITIES INC.; DEUTSCHE BANK AG; NOMURA HOLDINGS, INC.; NOMURA INTERNATIONAL PLC; NOMURA SECURITIES INTERNATIONAL, INC.; HIREN GUDKA; AMANDEEP SINGH

Case No. 16-cv-05203 (ER)

| | |
|---|---|
| MANKU; SHAILEN PAU; BHARDEEP SINGH HEER; JOHN DOE DEFENDANTS NOS. 1-100,<br><br>Defendants. | |
| ASBESTOS WORKERS PHILADELPHIA WELFARE AND PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>BANK OF AMERICA, N.A; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BANK OF AMERICA MERRILL LYNCH INTERNATIONAL LTD.; CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK; CREDIT SUISSE AG; CREDIT SUISSE GROUP AG; CREDIT SUISSE INTERNATIONAL; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; NOMURA INTERNATIONAL PLC, NOMURA SECURITIES INTERNATIONAL, INC., HIREN GUDKA; AMANDEEP SINGH MANKU; SHAILEN PAU; and BHARDEEP SINGH HEER,<br><br>Defendants. | Case No. 16-cv-05269 (ER) |
| OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, on behalf of itself, and, in a representative capacity, on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; CRÉDIT AGRICOLE S.A.; CRÉDIT AGRICOLE CORPORATE AND | Case No. 16-cv-06133 (ER) |

| |
|---|
| INVESTMENT BANK; CRÉDIT AGRICOLE SECURITIES (USA) INC.; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE INTERNATIONAL; DEUTSCHE BANK SECURITIES, INC.; DEUTSCHE BANK AG; NOMURA HOLDINGS, INC.; NOMURA INTERNATIONAL PLC; NOMURA SECURITIES INTERNATIONAL, INC.; HIREN GUDKA; AMANDEEP SINGH MANKU; SHAILEN PAU; BHARDEEP SINGH HEER; and JOHN DOE DEFENDANTS NOS. 1-100, <br><br> Defendants. |

## NOMURA SECURITIES INTERNATIONAL, INC.'S
## RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Nomura Securities International, Inc. hereby certifies as follows:

Nomura Holdings, Inc., a non-party publicly held corporation, is the parent company and 100% owner of Nomura Holding America Inc., a non-party private company. Nomura Holding America Inc. is the parent company and 100% owner of Defendant Nomura Securities International, Inc.

Dated: October 14, 2016

                                            Respectfully submitted,

                                            PAUL, WEISS, RIFKIND,
                                            WHARTON & GARRISON LLP

                                            By: */s/ Aidan Synnott*
                                            Aidan Synnott
                                            Kristen-Elise F. Brooks
                                            1285 Avenue of the Americas
                                            New York, New York 10019-6064
                                            Tel: (212) 373-3000
                                            Fax: (212) 757-3990
                                            asynnott@paulweiss.com

                                            *Attorneys for Nomura Securities International, Inc.*